**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In re the Chapter 11 of ) | |
| ) | |
| SVT Masters Corporation ) | No. 15-14397 |
| ) | |
| Debtor(s). ) | |

**NOTICE OF MOTION**

TO:

PLEASE TAKE NOTICE that on May 20, 2015 at 10:00 am, in Room 613 of the Dirksen Federal Building located at 219 S. Dearborn, Chicago, IL, I shall appear before Judge Barnes or whomever is sitting in his stead, and ask the Court to consider a request by the **Debtor to Sell Property Free and Clear of All Liens Under 11 U.S.C. 363(b) and (f)**.

/s/Ben Schneider
Schneider & Stone
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
Phone # 847-933-0300
ARDC # 6295667

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re the Chapter 11 of ) | |
| ) | |
| SVT Masters Corporation ) | No. 15-14397 |
| ) | |
| Debtor(s). ) | |

### MOTION TO SELL PROPERTY FREE AND CLEAR OF ALL LIENS PURSUANT TO 11 U.S.C. 363(b) and (f)

NOW COMES the Debtor, SVT Masters Corporation, by and through its Attorneys, SCHNEIDER & STONE, for its **Motion to Sell Property Free and Clear of All Liens Under 11 U.S.C. 363(b) and (f)**. In support, they state as follows:

1. The Debtor filed this Chapter 11 case on 4/22/2015.

2. The Debtor currently has real estate located at 2755 W. 87th St., Evergreen Park, 60805, PIN # 24-01-200-065-0000, which includes certain fixtures and contains related inventory and office supplies, in total valued at approximately $700,000, (the "Property").

3. The Property is encumbered by three liens, namely: a first lien belonging to Cook County for unpaid real estate taxes in the amount of approximately $22,795.84; a second lien held by the Bank of New York Melon in the amount of approximately $900,000; and a third lien belonging to SomerCor in the amount of approximately $660,000.

4. The lien of the Bank of New York Melon is a cross collateralized lien also secured by all other property and receivables of the Debtor. (See UCC Statement attached as Exhibit A).

5. The Debtor realizes that it has no hope of reorganizing while it is holding the Property subject to the three liens referenced in Paragraph 3 and has found a buyer to pay

$700,000 for the Property. (See Contract for Sale attached as Exhibit B) which is fair market value.

6. The Buyer has made a deposit of $35,000, which is 5% of the purchase price, into an escrow account as earnest money.

7. The terms of the Contract for Sale are fair and reasonable under the circumstances.

8. It is in the best interest of the Debtor, and its creditors to have the Court approve the Contract for Sale and allow the Debtor to sell the Property to the Buyer.

WHEREFORE, the Debtor, SVT Masters Corporation, prays that this Court enter an order:

A. Approving the Contract for Sale under 11 U.S.C. 363(b) and (f); and

B. Authorizing the Debtor to sell 2755 W. 87th St., Evergreen Park, 60805 to the Buyer; and

C. Requiring that the liens currently secured by 2755 W. 87th St., Evergreen Park, 60805 attach to the proceeds from the sale of the Property in the same priority that they currently have; and

D. For any other relief it deems fair and equitable under the circumstances.

Respectfully Submitted
By
SVT Masters Corporation

/s/Ben Schneider
One of its Attorneys

Schneider & Stone
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
Phone # 847-933-0300
ARDC # 6295667